IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 22-30657 |
| JULIE ANN BRADLEY, | Chapter 7 |
| Debtor. | |

PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS

Jacqueline Sells Homann, Chapter 7 Trustee, respectfully shows the Court as follows:

1. I am the Trustee for the above-captioned Debtor, having been appointed on or about June 23, 2022.

2. As Trustee, I anticipate receiving monies representing property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory; specifically, I anticipate receiving from Debtor tax refund monies as well as preference monies representing non-exempt assets of the Debtor's bankruptcy estate.

3. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor and adopt the same as my preliminary inventory.

4. The above monies will be deposited in a certain account at Metropolitan Bank.

5. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Dated: August 9, 2022

                                                  Respectfully submitted,

                                                  /s/ Jacqueline Sells Homann
                                                  Jacqueline Sells Homann (15462-71)
                                                  Jones Obenchain, LLP
                                                  130 S. Main Street
                                                  Suite 400
                                                  Post Office Box 4577
                                                  South Bend, Indiana  46634-4577
                                                  Telephone:   (574) 233-1194
                                                  Facsimile:    (574) 233-8957
                                                  Email: jshtrustee@jonesobenchain.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, a true and correct copy of the above and foregoing Preliminary Inventory Report and Request for Notice to Creditors was served via the court's electronic case filing system as follows:

| | |
|---|---|
| Tamara L. Renner<br>lawfirm@banikandrenner.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

                                                  /s/ Jacqueline Sells Homann
                                                  Jacqueline Sells Homann