UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Julie Ann Bradley
*Debtor(s)*

Case No.: 22-30657-pes
Chapter 7

**Order Holding Julie Ann Bradley in Contempt**

Hearing was held in South Bend, Indiana, on June 13, 2023, on the Court's Order to Show Cause, directing Bradley to appear and show cause, if any, why she should not be held in contempt for violating this Court's Order dated April 19, 2023. Attorney Jackie Homann appears as Chapter 7 Trustee. Attorney Tamara Renner does not appear on behalf of debtor. Julie Ann Bradley, called three times in open court and failed to appear.

Bradley is now held in contempt for violation of this Court's order dated April 19, 2023 to compel turnover of bank statements showing payments made to Krisor and Associates and Liberty Mutual, in accordance with 11 U.S.C. § 521(a)(3).

SO ORDERED.

Dated: June 15, 2023

*Paul E. Singleton*
Paul E. Singleton, Judge
United States Bankruptcy Court